**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF** | ) | |
| **AARON T. STICKNEY AND** | ) | **Chapter 13** |
| **LISA L. STICKNEY** | ) | |
| **Debtors** | ) | |
| | ) | |
| **KONDAUR CAPITAL CORPORATION** | ) | **Case No. 11-50398 (AHWS)** |
| **Creditor** | ) | |
| | ) | |
| | ) | |
| **AARON T. STICKNEY,** | ) | |
| **LISA L. STICKNEY,** | ) | |
| **AND** | ) | **July 20, 2011** |
| **MOLLY T. WHITON,** | ) | |
| **Chapter 7 Trustee,** | ) | |
| **Respondents** | ) | |

## OBJECTION TO CHAPTER 13 PLAN

Pursuant to Federal Rules of Bankruptcy Procedure 3015(f) and 9014, Kondaur Capital Corporation (the "Creditor"), objects to confirmation of the Chapter 13 plan filed on March 11, 2011 (the "Plan") by Aaron T. Stickney and Lisa L. Stickney (the "Debtors") because the amount of the debt due and owing from the Debtor to the Creditor is underreported in Paragraph 2(b) of the Plan. In support of this Objection, the Creditor submits the following:

1. The Debtors owned real property located at 274 Sharon Turnpike, Goshen, Connecticut 06756 (the "Property").

2. On December 10, 2007, Amtec Funding Group, LLC ("AFG") loaned the Debtors the sum of $227,426.00, as evidenced by a note executed on that date (the "Note"). Also on that date, the Debtors executed a mortgage in favor of AFG with respect to the Property (the "Mortgage").

3. The Mortgage was recorded January 3, 2008 in Volume 159 at Page 263, and rerecorded on March 19, 2008 in Volume 159 at Page 1042, each of the Goshen Land Records.

4. AFG assigned the Mortgage to the Creditor by an instrument dated December 18, 2007 and recorded June 2, 2008 in Volume 160 at Page 716 of the Goshen Land Records.

5. The Debtors were the record owners of the Property until April 9, 2008.

6. On April 9, 2008, the Debtors conveyed their interest in the Property to the defendant Stickney Family Living Trust by quit claim deed recorded in Volume 160 at Page 77 of the Goshen Land Records.

7. The total claim owed to the Creditor under the Mortgage, as reported on a proof of claim dated April 15, 2011, is $243,714.66.

8. Paragraph 2(b) of the Plan lists the Creditor’s secured claim as an unsecured claim in the amount of $240,038.00.

9. The total claim is underreported in the Plan in the amount of $3,676.66, in contravention of § 1325(a)(4) of the Bankruptcy Code.

10. The Plan should be modified to report correctly the Creditors claim. The Plan should not be confirmed until proper amendment is filed with this Court.

11. The Movant reserves its right to amend its proof of claim and/or file a Motion for Relief from Stay after confirmation in the event that additional pre-petition funds are due and owing. This reservation of rights shall remain in full force and effect after confirmation, regardless of whether this Objection to confirmation is either withdrawn or marked “off.”

**WHEREFORE,** the Creditor prays that its Objection to Confirmation of the Plan be sustained and that confirmation of the Plan, as proposed, be denied.

**CREDITOR,**
**KONDAUR CAPITAL CORPORATION**
By: */s/ Martha Croog*
Martha Croog
Martha Croog, LLC
The Brownstone
190 Trumbull Street, Second Floor
Hartford, CT 06103
(860) 236-9661; Bar No. CT 12730

CERTIFICATION

I hereby certify that a copy of the foregoing was served upon all parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on July 20, 2011.

***BY FIRST CLASS MAIL***
Debtors
**Aaron T. Stickney**
P.O. Box 351
Goshen, CT 06756-0351

**Lisa L. Stickney**
P.O. Box 351
Goshen, CT 06756-0351

***BY NOTICE OF ELECTRONIC FILING***
Chapter 13 Trustee
**Molly T. Whiton**
10 Columbus Boulevard
Hartford, CT 06106

U.S. Trustee
**Office of the U.S. Trustee**
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtors' Attorney
**George C. Tzepos**
Law Offices of George C. Tzepos
444 Middlebury Road
Middlebury, CT 06762

Creditor
**Retained Realty, Inc.**
**Shawn M. Masterson**
Shechtman Halperin Savage, LLP
800 Village Walk # 319
Guilford, CT 06437